IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

**FILED**

℘ M. ___February 6___ 20 08

DAVID J. MALAND, CLERK
U.S. DISTRICT COURT

By_____

DEPUTY

UNITED STATES OF AMERICA     *

VS.     *   CRIMINAL NO. 1:08-CR-5

FLOYD ROSS, JR. and     *   Crone-Giblin
ALLAN ATWELL a/k/a
JOHNNY ATWELL

## I N D I C T M E N T

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

That from on or about January 25, 2008, the exact date being unknown to the Grand Jury,

and continuing thereafter until on or about January 27, 2008, in the Eastern District of Texas and

elsewhere, **FLOYD ROSS, JR. and ALLAN ATWELL a/k/a JOHNNY ATWELL,**

Defendants herein, did intentionally and knowingly conspire, combine, confederate and agree

together, with each other, and with other persons known and unknown to the Grand Jury, to

possess with intent to distribute five (5) kilograms or more of a Schedule II controlled substance,

namely, a cocaine mixture or substance containing a detectable amount of cocaine, in violation

of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States

Code, Section 846.

### COUNT 2

That on or about January 27, 2008, in the Eastern District of Texas, **FLOYD ROSS, JR.**

**and ALLAN ATWELL a/k/a JOHNNY ATWELL**, Defendants herein, did knowingly and

intentionally possess with intent to distribute 5 kilograms or more of a Schedule II controlled

substance, namely, a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

GRAND JURY FOREMAN

JOHN L. RATCLIFFE
UNITED STATES ATTORNEY

MICHELLE S. ENGLADE
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL NO. 1:08-CR- $5$ |
| FLOYD ROSS, JR. and ALLAN ATWELL a/k/a JOHNNY ATWELL | * | |

## COUNTS 1 & 2

Violation:    21 U.S.C. §§ 846 and 841(a)(1)

Penalty:    If 5 kilograms or more of cocaine - not less than 10 years or not more than life imprisonment, a fine not to exceed $4 million, or both; a term of supervised release of at least 5 years;

If 500 grams or more of cocaine, but less than 5 kilograms of cocaine - not less than 5 years and not more than 40 years imprisonment, a fine not to exceed $2 million, or both, and supervised release of at least 4 years, but not more than 5 years;

If any less than 500 grams of cocaine, not more than 20 years imprisonment, a fine not to exceed $1 million, or both, and supervise release of at least 3 years, but not more than 5 years.

Special Assessment:   $100.00